UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 28 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

NATIVE VILLAGE OF HOOPER BAY; et al.,

Plaintiffs - Appellees,

v.

DOUG BURGUM; et al.,

Defendants - Appellants,

KING COVE CORPORATION,

Defendant,

STATE OF ALASKA DEPARTMENT OF TRANSPORTATION & PUBLIC FACILITIES,

Intervenor-Defendant.

No. 26-6479

D.C. No. 3:25-cv-00316-SLG
District of Alaska,
Anchorage

ORDER

FRIENDS OF ALASKA NATIONAL WILDLIFE REFUGES; et al.,

Plaintiffs - Appellees,

v.

DOUG BURGUM; et al.,

Defendants - Appellants,

KING COVE CORPORATION,

No. 26-6481

D.C. No. 3:25-cv-00318-SLG
District of Alaska,
Anchorage

Defendant,

STATE OF ALASKA DEPARTMENT OF TRANSPORTATION & PUBLIC FACILITIES,

Intervenor-Defendant.

| | |
|---|---|
| DEFENDERS OF WILDLIFE,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>DOUG BURGUM; et al.,<br><br>Defendants - Appellants,<br><br>KING COVE CORPORATION, an Alaska Native Village Corporation,<br><br>Defendant,<br><br>STATE OF ALASKA DEPARTMENT OF TRANSPORTATION & PUBLIC FACILITIES,<br><br>Intervenor-Defendant. | No. 26-6484<br><br>D.C. No. 3:25-cv-00319-SLG<br>District of Alaska,<br>Anchorage |
| NATIVE VILLAGE OF HOOPER BAY; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>DOUG BURGUM; et al., | No. 26-6485<br><br>D.C. No. 3:25-cv-00316-SLG<br>District of Alaska,<br>Anchorage |

Defendants,

STATE OF ALASKA DEPARTMENT OF TRANSPORTATION & PUBLIC FACILITIES,

Intervenor-Defendant - Appellant.

| | |
|---|---|
| FRIENDS OF ALASKA NATIONAL WILDLIFE REFUGES; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>DOUG BURGUM; et al.,<br><br>Defendants,<br><br>STATE OF ALASKA DEPARTMENT OF TRANSPORTATION & PUBLIC FACILITIES,<br><br>Intervenor-Defendant - Appellant. | No. 26-6487<br><br>D.C. No. 3:25-cv-00318-SLG<br>District of Alaska,<br>Anchorage |
| DEFENDERS OF WILDLIFE,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>DOUG BURGUM; et al.,<br><br>Defendants,<br><br>STATE OF ALASKA DEPARTMENT OF | No. 26-6490<br><br>D.C. No. 3:25-cv-00319-SLG<br>District of Alaska,<br>Anchorage |

TRANSPORTATION & PUBLIC FACILITIES,

Intervenor-Defendant - Appellant.

DEFENDERS OF WILDLIFE,

Plaintiff - Appellee,

v.

KING COVE CORPORATION, an Alaska Native Village Corporation,

Defendant - Appellant,

DOUG BURGUM; et al.,

Defendants,

STATE OF ALASKA DEPARTMENT OF TRANSPORTATION & PUBLIC FACILITIES,

Intervenor-Defendant.

No. 26-6551

D.C. No. 3:25-cv-00319-SLG
District of Alaska, Anchorage

NATIVE VILLAGE OF HOOPER BAY; et al.,

Plaintiffs - Appellees,

v.

KING COVE CORPORATION,

Defendant - Appellant,

No. 26-6554

D.C. No. 3:25-cv-00316-SLG
District of Alaska, Anchorage

ORDER

DOUG BURGUM; et al.,

Defendants,

STATE OF ALASKA DEPARTMENT OF TRANSPORTATION & PUBLIC FACILITIES,

Intervenor-Defendant.

FRIENDS OF ALASKA NATIONAL WILDLIFE REFUGES; et al.,

Plaintiffs - Appellees,

v.

DOUG BURGUM; et al.,

Defendants,

KING COVE CORPORATION,

Defendant - Appellant,

STATE OF ALASKA DEPARTMENT OF TRANSPORTATION & PUBLIC FACILITIES,

Intervenor-Defendant.

No. 26-6570

D.C. No.
3:25-cv-00318-SLG
District of Alaska,
Anchorage

ORDER

FRIENDS OF ALASKA NATIONAL WILDLIFE REFUGES; et al.,

Plaintiffs - Appellants,

v.

No. 26-6997

D.C. No. 3:25-cv-00318-SLG
District of Alaska,
Anchorage

DOUG BURGUM; et al.,

Defendants - Appellees,

KING COVE CORPORATION,

Defendant - Appellee,

STATE OF ALASKA DEPARTMENT OF TRANSPORTATION & PUBLIC FACILITIES,

Intervenor-Defendant-Appellee.

| | |
|---|---|
| NATIVE VILLAGE OF HOOPER BAY; et al.,<br><br>Plaintiffs - Appellants,<br><br>CHEVAK NATIVE VILLAGE,<br><br>Plaintiff,<br><br>v.<br><br>DOUG BURGUM; et al.,<br><br>Defendants - Appellees,<br><br>STATE OF ALASKA DEPARTMENT OF TRANSPORTATION & PUBLIC FACILITIES,<br><br>Intervenor-Defendant - Appellee. | No. 26-7055<br><br>D.C. No. 3:25-cv-00316-SLG<br>District of Alaska, Anchorage |

The requests (Docket Entry Nos. 5, 6 in 26-6479; Docket Entry Nos. 11, 12 in 26-6551) to consolidate these appeals are granted. Appeal Nos. 26-6479, 26-6481, 26-6484, 26-6485, 26-6487, 26-6490, 26-6551, 26-6554, 26-6570, and cross-appeal Nos. 26-6997 and 26-7055 are consolidated.

The requests to expedite propose a briefing schedule that does not account for cross-appeal Nos. 26-6997 and 26-7055. The requests are denied without prejudice to filing a renewed motion to expedite that proposes an appropriate cross-appeal briefing schedule. To the extent that any such motion seeks placement on a particular argument calendar, the parties are reminded that—in resolving a motion to expedite—the court may be able to designate only the month that these appeals are calendared, not the specific week. *See, e.g.*, 9th Cir. Gen. Ord. 3.3(g) ("A case designated as an urgent case shall be randomly assigned by the Clerk to a non-recused existing panel, utilizing all panels drawn for the month in which the case must be heard . . . .").

If the parties do not file a renewed motion to expedite: The consolidated first briefs on cross-appeal will be due November 12, 2026. The consolidated second briefs on cross-appeal will be due December 14, 2026. The consolidated third briefs on cross-appeal will be due January 13, 2027. The optional consolidated cross-appeal reply briefs will be due February 3, 2027. And the clerk

will place these cases on the next available calendar after briefing is complete. *See* 9th Cir. Gen. Ord. 3.3(f).

The stipulated motion to dismiss Chevak Native Village as an appellee in case nos. 26-6479, 26-6485, and 26-6554 is granted. The clerk will amend the docket to reflect that Chevak Native Village is not an appellee in those appeals.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT